# United States Court of Appeals
# for the Fifth Circuit

————————

No. 25-60104

————————

United States Court of Appeals
Fifth Circuit

**FILED**

March 20, 2025

Lyle W. Cayce
Clerk

Nidia A. Cruz,

*Petitioner,*

*versus*

Pamela Bondi, *U.S. Attorney General,*

*Respondent.*

—————————————————————————

Petition for Review from an Order of the
Board of Immigration Appeals
Agency No. A094 287 447

—————————————————————————

UNPUBLISHED ORDER

Before Jones, Duncan, and Douglas, *Circuit Judges*.
Per Curiam:

IT IS ORDERED that Petitioner's opposed motion for stay of removal pending review is DENIED.